R. McALLISTER, A CORPORATION, RELATOR, v. GEORGE W. JOHNSON, BUILDING INSPECTOR, AND THE CITY OF CAMDEN, NEW JERSEY, RESPONDENT.

Argued May term, 1928—Decided July 10, 1928.

Before Justices MINTURN, BLACK and CAMPBELL.

For the relator, *Clifford A. Baldwin.*

For the rsspondents, *Harold W. Bennett* and *Carl Kisselman.*

PER CURIAM.

Our examination of the record in this case, together with briefs of counsel, leads us to the conclusion that the application for the writ of *mandamus,* requiring the respondents to issue a permit for the erection of four concrete silos in the city of Camden, should be denied.

Such is the order.